TO: THE CLERK OF:
COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN, TX.

JAMES SEXTON 1787503
ROBERTSON UNIT
12071 F.M. 3522
ABILENE TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2015

Abel Acosta, Clerk

GREETINGS,

ABOUT THE END OF MAY I SENT A LEGAL ENVELOPE IN WHICH I INCLUDED; 1. A MOTION FOR APPOINTMENT OF COUNSEL ORIGINALLY FILED IN 29TH DISTRICT COURT, PALO PINTO, COUNTY, TEXAS ON DECEMBER 17TH, 2014 (EXHIBIT "A"); 2. TWO (2) LETTERS TO THE ABOVE NAMED COURT MARKED EXHIBITS "B" AND "C".

I NEVER RECEIVED ACKNOWLEDGEMENT THAT THAT PACKAGE HAD BEEN RECEIVED BY YOUR OFFICE OR WHAT ACTION HAS BEEN TAKEN REGARDING THE MOTION.

THE STATE COUNSEL FOR OFFENDERS INFORMED ME THAT YOUR COURT MUST ORDER THE APPOINTMENT OF COUNSEL FOR WRIT OF HABEAS CORPUS ON MY PARTICULAR CASE. (EMPHASIS THEIRS)

I AM UNABLE TO OBTAIN DOCUMENTS TO SUPPORT MY CLAIM, WHICH IS TRUE AND SUBSTATIAL, BEING A VIOLATION OF FOURTH AMENDMENT PROTECTIONS PROVIDED BY THE CONSTITUTION OF THE UNITED STATES BILL OF RIGHTS.

THE U.S. SUPREME COURT HAS RULED THAT INDIGENT, INCARCERATED DEFENDANTS REQUIRE COUNSEL FOR WRIT OF HABEAS CORPUS, THEREFORE I DO NOT WANT TO PROCEED, PRO SE, ON A NEW HABEAS CORPUS PROCEEDING BASED ON NEW RULINGS AND LAW OCCURING AFTER MY ORIGINAL APPLICATION FOR WRIT OF HABEAS CORPUS.

I HAVE WRITTEN MANY ATTORNEYS AND LEGAL AID ORGANIZATIONS AND BEEN UNSUCCESSFUL OBTAINING REPRESENTATION ON PRO BONO BASIS, SO FAR NONE HAVE HAD THE PROFESSIONAL COURTESY TO EVEN RESPOND TO INQUIRY.

IS THERE A RECORD I CAN OBTAIN FROM YOUR OFFICE OF ALL FILINGS BY ME AND THE STATUS OF THEM. ALL OF MY APPLICATIONS HAVE BEEN "DENIED WITHOUT WRITTEN RECORD" WITHOUT ANY SORT OFF EXPLANATION WHY, THAT I MIGHT CORRECT PROBLEMS OR ERRORS.

IN THIS INSTANCE, PALO PINTO COUNTY TX CAUSE 14722-A, I HAVE A CLAIM THAT HAS ALREADY BEEN CASES OVERTURNED IN YOUR COURT, U.S. DISTRICT COURTS AND THE SUPREME COURT FOR IDENTICAL CIRCUMSTANCES.

I CAN NOT UNDERSTAND WHY I AM HAVING SO MUCH DIFFICULTY OBTAINING RELIEF, I SHOULD NOT BE REQUIRED TO HIRE COUNSEL WHEN THE FAULT LIES WITH THE STATE AND ITS HANDLING OF ME, NOR CAN I AFFORD ONE,

RESPECTFULLY,

James Sexton

JAMES SEXTON   8/2/15

RE: WR 79,966-06
ORIGINAL APPLICATION.